UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :        15cr59 (DLC)
                                        :
        -v-                             :        ORDER
                                        :
GILBERT IRIZARRY,                       :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

        IT IS HEREBY ORDERED that a conference to address the

specification of violation of supervised release is scheduled

for August 20, 2024 at 4:00 PM in Courtroom 18B, 500 Pearl

Street.

Dated:    New York, New York
          August 16, 2024

                              _____
                                        DENISE COTE
                              United States District Judge