```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    15cr59(DLC)
UNITED STATES OF AMERICA,               :
                                        :         ORDER
                -v-                     :
                                        :
GILBERT IRIZARRY,                       :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

For the reasons set forth on the record on August 20, 2024, it is hereby

ORDERED that the defendant Gilbert Irizarry (USM #71797-054) is remanded to the custody of the United States Marshal's Service.

Dated:   New York, New York
         August 20, 2024

_____
DENISE COTE
United States District Judge