```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :   15cr59 (DLC)
                                         :
          -v-                            :   ORDER
                                         :
GILBERT IRIZARRY,                        :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

With the conditions set forth on the record at the December 17, 2024 violation of supervised release conference, it is hereby

ORDERED that bail is granted for the defendant Gilbert Irizarry (U.S.M. #71797-054) and he is released from the custody of the United States Marshal's Service.

Dated:   New York, New York
         December 17, 2024

_____
DENISE COTE
United States District Judge