```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :    15cr59(DLC)
UNITED STATES OF AMERICA,            :
                                     :       ORDER
            -v-                      :
                                     :
GILBERT IRIZARRY,                    :
                                     :
                  Defendant.         :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

For the reasons set forth on the record at the January 7, 2025 VOSR sentencing, it is hereby

ORDERED that the defendant Gilbert Irizarry (USM #71797-054) is remanded to the custody of the United States Marshal's Service.

Dated:   New York, New York
         January 7, 2025

                                             DENISE COTE
                               United States District Judge